JOHN T. BARTLEY and Others, Respondents, v. EDWARD L. BARTLEY, Appellant. — Order striking three counterclaims from the answer in an action in equity to impress a trust and for an accounting affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Scudder, Tompkins and Davis, JJ., concur.

LESTER G. CORCORAN, Assignee of BONWIT TELLER & COMPANY, Appellant, v. ELLEN E. LANGDON, Respondent.—Action for goods sold and delivered of the value of more than fifty dollars. Judgment of the City Court of White Plains for the defendant dismissing the complaint on the merits, and for costs, unanimously affirmed, with costs. There was no memorandum in writing of the alleged sale, no payment on account of the purchase price and no acceptance by, or delivery to, the alleged purchaser of the goods, and hence there was not a completed sale. Present — Hagarty, Carswell, Scudder, Tompkins and Davis, JJ.

ANNA V. EGAN, by Her Guardian ad Litem, WILLIAM F. EGAN, and WILLIAM F. EGAN, Respondents, and WILLIAM EGAN, JR., by His Guardian ad Litem, WILLIAM F. EGAN, Plaintiff, v. ABE SOLOMON, Appellant.— The action is in negligence and arises out of a collision between two automobiles on August 8, 1931, near the intersection of One Hundred and Seventeenth street and One Hundred and Seventh avenue, borough of Queens. Judgment in so far as appealed from unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant, v. VIRGINIA M. VAN BOKKELEN, Respondent, and Another, Defendant.— Order granting, on reargument, defendant Van Bokkelen's motion to annul a deficiency judgment in plaintiff's favor, affirmed, with ten dollars costs and disbursements. The proof, in the form of affidavits submitted on behalf of the respondent on the question of the value of the premises in question, was not contradicted by the appellant, and no request was made for permission to submit affidavits or to offer oral proofs on that question. Carswell, Scudder, Tompkins and Davis, JJ., concur; Hagarty, J., dissents and votes to reverse and remit to the Special Term for a hearing.